UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ALEXANDER ERNESTO MARTINEZ TOBAR,** § § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 4:26-cv-00030 |
| **GRANT DICKEY,** *et al.*, § § § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner Alexander Ernesto Martinez Tobar's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion for Summary Judgment (ECF No. 5). The Court has considered the briefing and the applicable law. For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Rivera-Henriquez v. Tate*, 4:25-CV-045436, (S.D. Tex. Sep. 26, 2025); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions.

The Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). The Court **DENIES** Respondents' Motion for Summary Judgment (ECF No. 5). Relief is granted in the form of a bond hearing under 8 U.S.C. § 1226(a).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) by January 16, 2026, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing and Petitioner's custody no later than January 20, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on January 12, 2026.

_____
Keith P. Ellison
United States District Judge